JS-6

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A. P. C.
517 E. Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Popular, Inc.

Peter R. Afrasiabi (SBN 193336)
pafrasiabi@onellp.com
One LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorney for Defendants
Popular Processing, Inc. d/b/a
Popularprocessing.net and
Richard Huichapa d/b/a
Popular Processing a/k/a
Popularprocessing.net

FILED
CLERK, U.S. DISTRICT COURT
MAY 1 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

POPULAR, INC.,

  Plaintiff,

v.

POPULAR PROCESSING, INC. D/B/A POPULARPROCESSING.NET; RICHARD HUICHAPA D/B/A POPULAR PROCESSING A/K/A POPULARPROCESSING.NET; SEAN DIAZ D/B/A POPULAR PROCESSING A/K/A POPULARPROCESSING.NET; and Does 1-10, inclusive,

  Defendants.

Case No. CV 10-1160 PA (Ex)

[~~PROPOSED~~] PERMANENT INJUNCTION AND FINAL ORDER

NOTE CHANGES MADE BY THE COURT.

Popular v. Popular Processing, et al.: [Proposed] Permanent Injunction and Final Order

Upon consideration of the Settlement Agreement and Consent to Permanent Injunction, and this Court being fully award of the premises, the Court makes the following findings of fact and conclusions of law:

1. This Court has jurisdiction over the Plaintiff, Popular, Inc., (hereinafter "Popular") and Defendants Popular Processing, Inc. d/b/a popularprocessing.net and Richard Huichapa d/b/a Popular Processing a/k/a popularprocessing.net (hereinafter collectively referred to as "Defendants"), and the Subject Matter of this action.

2. The Defendants have stipulated that Popular is the owner of the distinctive trademarks indexed as Exhibit "A" hereto and hereinafter referred to as the "Popular Trademarks". The registrations are valid and subsisting and are conclusive proof of Popular's rights to the marks noted.

3. Defendants stipulate and agree to entry of a Permanent Injunction forever enjoining Defendants from the sale, offer for sale, advertising, promotion, marketing, or distribution of any payment processing or other banking services, in conjunction with or bearing unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations of any of the Popular Trademarks or bearing a design or image which is of a substantially similar appearance to any of the Popular Trademarks.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to Defendants, pursuant to Fed. R. Civ. P. 65, enjoining Popular Processing, Inc. d/b/a popularprocessing.net and Richard Huichapa d/b/a Popular Processing a/k/a popularprocessing.net, their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise:

A. From further infringing the Popular Trademarks by selling, marketing, offering for sale, advertising, promoting, or displaying any payment processing services or other banking services not authorized by Popular in conjunction with or bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of the Popular Trademarks including, but not limited to, utilizing any business cards, written or visual advertisements, signs, drawings, World Wide Web pages, pamphlets, flyers, or related visual work which bear any of the Popular Trademarks;

B. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of the Popular Trademarks in connection with the promotion, advertisement, display, sale, or offering for sale of any payment processing services or other banking services in such fashion as to relate or connect, or tend to relate or connect, such services in any way to Popular, or to any goods or services sold, manufactured, sponsored, or approved by Popular;

C. Engaging in any other activity constituting unfair competition with Popular, or constituting an infringement of any of the Popular Trademarks or of Popular's rights in, or to use or to exploit, said Popular Trademarks, or constituting any dilution of any of Popular's names, reputations, or goodwill;

D. Effecting assignment or transfers, forming new entities or associations or for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs A through D.

It is further ORDERED AND ADJUDGED,

That this Court shall retain jurisdiction of this action for purposes of enforcing the ~~Settlement Agreement as well as the~~ provisions of the Permanent Injunction and Final Order by way of contempt or otherwise. Defendants agree not to contest the validity of any of the Popular Trademarks in any such proceedings.

It is further ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Defendants.

It is further ORDERED AND ADJUDGED,

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

IT IS SO ORDERED.

Dated: 5/18/10

Hon. Percy Anderson
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Annie S. Wang
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Plaintiff Popular, Inc.

One LLP

By: _____
    Peter R. Afrasiabi
Attorney for Defendants Popular
Processing, Inc. d/b/a Popularprocessing.net
and Richard Huichapa d/b/a Popular
Processing a/k/a Popularprocessing.net

# EXHIBIT "A"

## Exhibit A

| Serial # | Registration # | Mark | Class | Reg. Date |
|---|---|---|---|---|
| 77425831 | 3,686,917 | U-DESIGN | 36 | September 22, 2009 |
| 75555182 | 3,668,031 | BPPR POPULAR | 36 | August 18, 2009 |
| 77460445 | 3,520,531 | MYSTIQUE | 36 | October 21, 2008 |
| 77233381 | 3,394,707 | WE (HEART) DREAMS | 36 | March 11, 2008 |
| 77158427 | 3,361,874 | T-PAGA | 35 | January 1, 2008 |
| 77168715 | 3,351,838 | B-SMART | 36 | December 11, 2007 |
| 77140971 | 3,351,576 | GOFREE | 36 | December 11, 2007 |
| 78962635 | 3,340,006 | POPULAR.COM | 36 | November 20, 2007 |
| 77164870 | 3,339,182 | T PAGA | 35 | November 20, 2007 |
| 79021302 | 3,272,551 | P | 36 | July 31, 2007 |
| 78811831 | 3,270,245 | EVERPAY | 36 | July 24, 2007 |
| 78944867 | 3,251,636 | IDEAL | 36 | June 12, 2007 |
| 78518189 | 3,161,609 | EVERTEX | 36 | October 24, 2006 |
| 78378270 | 3,078,547 | EVERTEC | 36 | April 11, 2006 |
| 78513780 | 3,076,052 | POPULAR AUTO | 36 | April 4, 2006 |
| 78546463 | 3,062,961 | POPULOSO SAVINGS | 36 | February 28, 2006 |
| 78514480 | 3,041,067 | POPULAR L/C ONLINE | 36 | January 10, 2006 |
| 78536587 | 3,035,693 | BORROW BETTER | 36 | December 27, 2005 |
| 78150364 | 2,991,584 | POPULAR | 36 | September 6, 2005 |
| 78363840 | 2,962,409 | TICKETPOP | 41 | June 14, 2005 |
| 78226709 | 2,924,234 | PRIVATE RESOURCE | 36 | February 1, 2005 |
| 78226228 | 2,883,237 | AQUI TE PRESTAMOS | 36 | September 7, 2004 |
| 78246309 | 2,883,294 | ID POPULAR | 36 | September 7, 2004 |
| 76546756 | 2,876,870 | POPULAR CHECK PROTECT | 36 | August 24, 2004 |
| 78112888 | 2,858,774 | POPULAR E-CHECK | 36 | June 29, 2004 |
| 76315073 | 2,816,082 | PREMIA | 36 | February 24, 2004 |
| 78115489 | 2,811,720 | AHORA TU BANCO TE PREMIA | 36 | February 3, 2004 |
| 78165470 | 2,799,384 | POPULAR ROTH IRA | 36 | December 23, 2003 |
| 78124307 | 2,681,406 | EASY ACCESS MONEY MARKET | 36 | January 28, 2003 |
| 75830241 | 2,643,468 | POPULAR POINTS | 36 | October 29, 2002 |
| 75835076 | 2,625,665 | POPULAR INSURANCE | 36 | September 24, 2002 |
| 78010096 | 2,592,966 | POPULAR SAVINGS | 36 | July 9, 2002 |
| 78010093 | 2,592,965 | POPULAR INTEREST | 36 | July 9, 2002 |
| 75875238 | 2,592,330 | TELENOMINA POPULAR | 36 | July 9, 2002 |
| 75875240 | 2,586,022 | TELEPAGO POPULAR | 36 | June 25, 2002 |
| 75840318 | 2,579,517 | POPULAR NET | 36 | June 11, 2002 |
| 76065253 | 2,566,700 | POPULAR CHECKING | 36 | May 7, 2002 |
| 78010094 | 2,564,662 | POPULAR INVESTOR | 36 | April 23, 2002 |
| 75887157 | 2,533,443 | BPPR POPULAR ASSET MANAGEMENT | 36 | January 29, 2002 |
| 76004318 | 2,524,258 | AHORRO A TODA HORA | 36 | January 1, 2002 |
| 75785181 | 2,507,800 | BPPR POPULAR INSURANCE | 36 | November 13, 2001 |

## Exhibit A

| | | | | |
|---|---|---|---|---|
| 75770245 | 2,507,770 | POPULAR STREET | 36 | November 13, 2001 |
| 75887150 | 2,486,962 | TELEPRESTAMO POPULAR | 36 | September 11, 2001 |
| 76004316 | 2,477,662 | CUENTA POPULAR | 36 | August 14, 2001 |
| 76004313 | 2,475,459 | ATH POP | 36 | August 7, 2001 |
| 76004315 | 2,467,524 | MULTICUENTA POPULAR | 36 | July 10, 2001 |
| 76004317 | 2,467,525 | FLEXICUENTA | 36 | July 10, 2001 |
| 76004314 | 2,467,523 | FLEXICUENTA DE NEGOCIOS | 36 | July 10, 2001 |
| 75887151 | 2,465,322 | TELEBANCO POPULAR | 36 | July 3, 2001 |
| 75887156 | 2,442,402 | BPPR POPULAR SECURITIES | 36 | April 10, 2001 |
| 75789464 | 2,405,873 | BPPR POPULAR FINANCE | 36 | November 21, 2000 |
| 75797478 | 2,372,878 | ATH | 36 | August 1, 2000 |
| 75470098 | 2,310,619 | ENVIA ATH A TODA HORA | 36 | January 25, 2000 |
| 74462335 | 1,882,478 | BANCO POPULAR | 36 | December 13, 1994 |
| 74057180 | 1,816,122 | POPULAR PLUS | 36 | January 11, 1994 |
| 74257381 | 1,790,661 | ATH A TODA HORA | 36 | August 31, 1993 |
| 73802032 | 1,610,074 | EXPRESO POPULAR | 36 | August 14, 1990 |
| 73005662 | 1,008,477 | BPPR | 36 | April 8, 1975 |